**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Robert E. Coffman, et al., ) | |
| Plaintiffs, ) | No. CV 07-0093-PHX-PGR |
| vs. ) | ORDER |
| MTC Holdings, dba Tricor Services, ) | |
| Defendants. ) | |

IT IS ORDERED that the Stipulation Extending Time for Specially Appearing Defendant MTC Holdings, Inc. (d/b/a Tricor Services) to Respond to Complaint (doc. #6) is accepted and that the defendant shall answer or otherwise respond to the complaint no later than **May 16, 2007**.

IT IS FURTHER ORDERED that the dates set forth in the Order Setting Scheduling Conference (doc. #5) shall remain in full force and effect.[1]

IT IS FURTHER ORDERED that the defendant's counsel shall immediately

---

[1] Counsel are advised that the capitalization of the parties' names in the caption of the stipulation violates LRCiv 7.1(a)(3), and that the proposed form of order violates LRCiv 7.1(b)(3) by its inclusion of both counsel's identifying information and a signature block.

- 1 -

file a notice of appearance as required by LRCiv 83.3(a).

DATED this 17th day of April, 2007.

_____
Paul G. Rosenblatt
United States District Judge